

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00219-CV

GARY STEVEN DANIELSON                           APPELLANT

V.

APRIL MARIE DANIELSON                          APPELLEE

-----------

### FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 231-551313-14

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On October 29, 2014, we received appellant's "Request For Additional Time" to file the brief. The motion did not comply with the Tex. R. App. P. 9.1, 9.5, and 10.1(a)(5). On October 30, 2014, we requested an amended motion by November 10, 2014. No motion was received.

On December 2, 2014, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R.

---

[1]*See* Tex. R. App. P. 47.4.

App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).


PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  January 8, 2015

2